374 A.2d 695

Able Remodeling Company v. Jacques, Appellant.
Able Remodeling Company, Appellant, v. Jacques.

588

Argued March 23, 1977. Leslie L. Engle, for appellant at No. 2203 and appellee at No. 2230; Lewis Jay Gordon, with him Meshon & Brener, for appellant at No. 2230 and appellee at No. 2203.

Order affirmed.